5092-AA

**04-72384**

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

LEXINGTON

JAMES H. LIMBRIGHT &
HENRY J. LIMBRIGHT

V.

GEORGE HOFMEISTER & KAY
RAMSAY HOFMEISTER

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

**NANCY G. EDMUNDS**

Case Number: 01-92

I, Leslie G. Whitmer, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action June 18, 2004, as it appears in the records of this court, and that "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a), Rules of Appellate Procedure has been filed."

**FILED**

**JUN 2 8 2004**

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

June 18, 2004
Date

Leslie G. Whitmer
Clerk

Jackie Seltsam
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
F I L E D

MAR 29 2002

AT LEXINGTON
LESLIE G. WHITMER
CLERK, U.S. DISTRICT COURT

CIVIL ACTION NO. 01-92 - KSF

JAMES H. LIMBRIGHT and
HENRY J. LIMBRIGHT                                                   PLAINTIFFS

v.                                    **JUDGMENT**

GEORGE HOFMEISTER and
KAY RAMSAY HOFMEISTER                                                DEFENDANTS

\* \* \* \* \* \* \*

In accordance with the opinion and order entered contemporaneously with this judgment,

the Court **HEREBY ORDERS AND ADJUDGES** that:

(1) judgment is entered in favor of James H. Limbright in the principal amount of $900,000, plus interest calculated pursuant to the amended Promissory Note, costs and reasonable attorney fees as against defendants George and Kay Hofmeister, jointly and severally;

(2) judgment is entered in favor of Henry Limbright in the principal amount of $300,000, plus interest calculated pursuant to the amended Promissory Note, costs and reasonable attorney fees as against defendants George and Kay Hofmeister, jointly and severally;

(3) the Court **SHALL RETAIN** jurisdiction of this matter for the sole purpose of entertaining plaintiffs' petition for fees and costs;

(4) plaintiffs **SHALL FILE** a fee and cost petition within fifteen (15) days of the date of this order;

(5) defendants **SHALL RESPOND** to the fee and cost petition, if at all, within fifteen (15) days thereafter;

-1-

I certify that this is a true and correct
copy of the original filed in my office.
LESLIE G. WHITMER, CLERK
By: _____ Deputy Clerk
Date: June 15, 2004

(6) this judgment is final and appealable and no just cause for delay exists; and

(7) this matter is otherwise **STRICKEN** from the active docket.

This 29th day of March, 2002.

KARL S. FORESTER, CHIEF JUDGE