Original - Court  1st copy - Garnishee  3rd copy - Return (proof of service)
2nd copy - Defendant  4th copy - Plaintiff/Attorney (proof)

Approved, SCAO

| UNITED STATES DISTRICT COURT EASTERN DISTRICT, MICHIGAN | REQUEST AND WRIT FOR GARNISHMENT (PERIODIC) | CASE NO. 04-72384 |
|---|---|---|

Court address: 200 E. Liberty, Ann Arbor, MI    ZIP Code: 48104    Court telephone no. 734-741-2380

**Plaintiff name and address**
Henry J. Limbright
316 North Lincoln
P.O. Box 980359
Ypsilanti, Michigan 48198

v

**Defendant name and address**
Kay Ramsay Hofmeister
1855 Winchester Road
Paris, Kentucky 40361

**Plaintiff's attorney, bar no., address, and telephone no.**
Bruce N. Elliott (P28770)
Conlin, McKenney & Philbrick, P.C.
350 S. Main Street, Suite 400
Ann Arbor, Michigan 48104

Telephone no. (734) 761-9000

Social security no. 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    Employee ID or account no.

**Garnishee name and address**
American Metals Industries, Inc.
c/o Delaware Business Incorporators, Inc.
3422 Old Capitol Trail, Suite 700
Wilmington, Delaware 19808

**REQUEST**

1. Plaintiff received judgment against defendant for $300,000.00 on March 29, 2002.
2. The amount of the unsatisfied judgment now due (including interest and costs) is $318,450.99.
3. Plaintiff knows or with good reason believes that the garnishee is indebted to the defendant for periodic payments.
4. Plaintiff requests a writ of periodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

July 6, 2004
Date                                    Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT**    To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide a disclosure form (MC 14), 2 copies of this writ, and a $6.00 disclosure fee for serving on the garnishee. You are responsible for having these documents served on the garnishee within 91 days.

**TO THE DEFENDANT:**

1. You have 14 days after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, periodic payments due to you may be withheld for as long as 91 days after this writ is issued and paid directly to the plaintiff.

**TO THE GARNISHEE:**

1. Within 7 days after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last known address by first class mail.
2. Within 14 days after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
3. Do not pay any obligations to the defendant unless allowed by statute or court rule.
4. If indebted, withholding must begin according to court rule (see instructions on the Garnishee Disclosure form). Unless notified that an objection has been filed, 28 days after you are served with this writ you must begin forwarding withheld payments. You are ordered to make the payment withheld under this writ payable to: ☑ the plaintiff  ☐ the plaintiff's attorney  ☐ the court and mail them to: ☐ the plaintiff  ☑ the plaintiff's attorney  ☐ the court.
5. This periodic garnishment is effective until: a) the amount withheld equals the amount of the unpaid judgment as stated in Item 2. of the request; b) the expiration of 91 days after the issue date of this writ; or c) the amount withheld exceeds the remaining unpaid judgment as stated in Item 2. of the request.
6. Within 14 days after this writ expires, you must file a final statement of the total amount paid on this writ.

JUL -7 2004                10/6/04
Date of Issue              Expiration date                Deputy court clerk

MC 12 (3/02)    REQUEST AND WRIT FOR GARNISHMENT (PERIODIC)    MCL 600.4011 et seq., MCR 3.101